JS-6

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931
     Facsimile: (213) 894-7177
     E-Mail: Monica.Tait@usdoj.gov

Attorneys for Plaintiff
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ONE 2005 JEEP GRAND CHEROKEE LIMITED AND $5,300.00 IN U.S. CURRENCY,<br><br>        Defendants. | NO. CV 07-5577 DSF (CWx)<br><br>JUDGMENT AGAINST THE INTERESTS OF ELMER EDENILSON MORALES, CRISTINA GONZALEZ, IRIS GARCIA AND ALL OTHER POTENTIAL CLAIMANTS<br><br>DATE: February 4, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 840 |

     This action arose out of a Complaint for Forfeiture filed on August 27, 2007 against the defendants One 2005 Jeep Grand Cherokee Limited and $5,300.00 in U.S. Currency (hereafter, the "defendants").  The Complaint alleges that the defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6), and 18 U.S.C. § 981(a)(1)(C).

1    This Court, having granted plaintiff's Motion for Entry of
2    Judgment by Default, hereby ORDERS, ADJUDGES AND DECREES that:
3    1.   Elmer Edenilson Morales, Cristina Gonzalez, Iris
4    Garcia and all other potential claimants are deemed to have
5    admitted the allegations of the Complaint to be true for
6    purposes of this action;
7    2.   All right, title and interest of Elmer Edenilson
8    Morales, Cristina Gonzalez, Iris Garcia and all other potential
9    claimants in the defendants is hereby condemned and forfeited to
10   the United States.  The United States Marshals Service shall
11   dispose of the defendant currency and the defendant vehicle
12   (which bears VIN #1J4HR58225C553812) in accordance with law;
13   3.   There being no just reason for delay, the clerk is
14   hereby directed to enter this judgment, which constitutes a
15   final judgment resolving this action.  This Court retains
16   jurisdiction over this matter to effectuate the terms of this
17   Judgment.
18   SO ORDERED, this 28th day of February, 2008.

_____
THE HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney


By: _____
    MONICA E. TAIT
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

2